JOSEPH ABATE v. WILLIAM HARRIS.

July 14, 1982.

Petition for certification denied.

STATE OF NEW JERSEY v. BRADFORD J. RIPLEY.

July 14, 1982.

Petition for certification denied.

STATE OF NEW JERSEY v. DENNIS JONES.

July 14, 1982.

Petition for certification denied.

STATE OF NEW JERSEY v. ANDREW MOORE.

July 14, 1982.

Petition for certification denied.

STATE OF NEW JERSEY v. JOSE SANTIAGO VENDRELL.

July 14, 1982.

Petition for certification denied.